## WILLIAM KAY v. STATE.

No. A-3702.   Opinion Filed Aug. 11, 1921.
(200 Pac. 266.)

Appeal from District Court, Ottawa County; S. C. Fullerton, Judge.

William Kay was convicted of the crime of grand larceny, and sentenced to be imprisoned in the state penitentiary for one year and one day, and appeals.   Appeal dismissed.

Venable & Clark, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM.   Plaintiff in error, William Kay, hereinafter referred to as defendant, was convicted in the district court of Ottawa county of the crime of grand larceny, and punishment fixed as above stated.

An examination of the record and files in this case discloses that the appeal was not properly perfected for the reasons stated in the case of William Kay v. State, No. A-3701, this day decided, 19 Okla. 370, 200 Pac. 265.

For the reasons given in that case, this court has not acquired jurisdiction of this appeal, and the appeal is dismissed.